**Order entered June 1, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01161-CV

## IN THE INTEREST OF J.M., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-98-14563-Z**

## ORDER

We **GRANT** appellee's May 27, 2016 opposed motion for extension of time to file brief

and **ORDER** appellee's brief filed no later than August 1, 2016.


/s/     CRAIG STODDART
        JUSTICE